UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE J. WILLIAMSON,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, a<br>Georgia limited liability company,<br><br>        Defendant. | Case No.: 4:17-cv-189-DCN<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

The Court has considered the parties' Stipulation to dismiss this case and, good cause appearing; IT IS HEREBY ORDERED that this action be DISMISSED, without prejudice. All claims against Defendant are dismissed, with each party to bear their respective costs and fees.

DATED: August 23, 2017

_____
David C. Nye
U.S. States District Court Judge